BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHERA AHRARY,<br>    Plaintiff,<br><br>v.<br><br>Susan Curda, United States Citizenship and Immigration Services, et al.<br><br>    Defendants. | No. 2:11-cv-2992 GEB EFB<br><br>STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER TO THE COMPLAINT |

This is an immigration case in which plaintiff challenges the delay in adjudication of her application for adjustment of status by United States Citizenship and Immigration Services. The parties are currently exploring the possibility of a resolution to the matter at the administrative level. The government therefore requests a 60-day extension of time in which to file its answer to the complaint; plaintiff does not oppose this request.

Dated: January 20, 2012

BENJAMIN B. WAGNER
United States Attorney

By:  /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:  /s/ Mark R. Kowalewski
Mark R. Kowalewski
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, the time for the government to file its answer to the complaint is extended to March 20, 2012.  Furthermore, the status conference, currently set for March 12, 2012, is reset to April 23, 2012 at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  January 24, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-