1   BENJAMIN B. WAGNER
    United States Attorney
2   AUDREY B. HEMESATH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone:  (916) 554-2729

5   Attorneys for Defendants

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE
                EASTERN DISTRICT OF CALIFORNIA
8

9   TAHERA AHRARY,                      )   No. 2:11-cv-2992 GEB EFB
           Plaintiff,                   )
10                                      )   STIPULATION AND [PROPOSED]
         v.                             )   ORDER RE: EXTENSION OF TIME IN
11                                      )   WHICH TO FILE DEFENDANTS'
    Susan Curda, United States Citizenship and )   ANSWER TO THE COMPLAINT
12  Immigration Services, et al.        )
                                        )
13       Defendants.                    )
                                        )
14  _____ )

15

16      This is an immigration case in which plaintiff challenges the delay in adjudication of her

17  application for adjustment of status by United States Citizenship and Immigration Services.  The

18  parties are currently exploring the possibility of a resolution to the matter at the administrative

19  level.  The government therefore requests a 60-day extension of time in which to file its answer

20  to the complaint; plaintiff does not oppose this request.

    Dated: January 20, 2012
21                                          BENJAMIN B. WAGNER
                                            United States Attorney
22

23
                                    By:     /s/Audrey Hemesath
24                                          Audrey B. Hemesath
                                            Assistant U.S. Attorney
25                                          Attorneys for the Defendants

26
                                    By:     /s/ Mark R. Kowalewski
27                                          Mark R. Kowalewski
                                            Attorney for the Plaintiff
28

                                            -1-

1

2

3
<u>ORDER</u>

4
   Pursuant to this Joint Stipulation and for the reasons stated therein, the time for the

5
government to file its answer to the complaint is extended to March 20, 2012.  Furthermore, the

6
status conference, currently set for March 12, 2012, is reset to April 23, 2012 at 9:00 a.m.  A

7
joint status report shall be filed fourteen days prior to the hearing.

8

9
   IT IS SO ORDERED.

10
Dated:  January 24, 2012

11

12
_____

GARLAND E. BURRELL, JR.

United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28