IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHERA AHRARY, | 2:11-cv-02992-GEB-EFB |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) ORDER |
| SUSAN CURDA, Officer in Charge, Sacramento Office, U.S. Citizenship and Immigration Services; ALEJANDRO N. MAYORKAS, Director, Bureau of Citizenship and Immigration Services, U.S. Dept. of Homeland Security; JANET NAPOLITANO, U.S. Secretary of Homeland Security; ERIC H. HOLDER, JR., U.S. Attorney General; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, | |
| Defendants. | |

The Status (Pretrial Scheduling) Conference scheduled for hearing on October 15, 2012, is continued to November 26, 2012, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall address what, if anything, remains to be scheduled following the October 3, 2012 Order granting Plaintiff's Motion for Summary Judgment.

Dated:  October 3, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge