BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHERA AHRARY,<br>　　Plaintiff,<br><br>　　v.<br><br>Susan Curda, United States Citizenship and Immigration Services, et al.<br><br>　　Defendants. | No. 2:11-cv-2992 GEB EFB<br><br>STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' OPPOSITION TO THE MOTION FOR ATTORNEY'S FEES |

　　This is an immigration case in which plaintiff now seeks fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) & 5 U.S.C. § 504. The government requests an extension of time to file its opposition to the EAJA motion due to the need to consult within the Department of Justice and with the agency, United States Citizenship and Immigration Services in advance of filing the motion. Opposing counsel does not oppose this request. The parties therefore stipulate that the motion hearing, currently set for December 3, 2012, be reset to January 22, 2013.

Dated: November 19, 2012

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　By:　/s/Audrey Hemesath
　　　　　　　　　　　　　　　　　Audrey B. Hemesath
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　Attorneys for the Defendants


　　　　　　　　　　　　　　By:　/s/ Mark R. Kowalewski
　　　　　　　　　　　　　　　　　Mark R. Kowalewski
　　　　　　　　　　　　　　　　　Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, the hearing on Plaintiff's Motion for Attorney's Fees is reset to January 22, 2013, at 9 a.m. All other filing deadlines are reset accordingly.

IT IS SO ORDERED.

Dated: November 19, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge